In the Matter of the Application of ALBANY HEIGHTS
REALTY COMPANY et al., Appellants, to Reduce or
Modify an Assessment.

THE CITY OF NEW YORK, Respondent.

*Matter of Albany Heights Realty Co.*, 162 App. Div. 647, affirmed.
(Argued November 10, 1914; decided November 24, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 14, 1914, which reversed an order of Special Term
reducing an assessment for regulating and grading Ave-
nue P in the borough of Brooklyn.

*Everly M. Davis* for appellants.

*Frank L. Polk, Corporation Counsel (Charles J.
Druhan* and *Thomas F. Magner* of counsel), for
respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, MILLER and CARDOZO, JJ.